IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARCO L. DUNCAN,

    Plaintiff,

vs.

OUTPUT SALES CORPORATION,

    Defendant.

Civil Action No. 21-716

Judge: Nora B. Fischer

**JURY TRIAL DEMANDED**

## SITPULATION OF DISMISSAL

This case having resolved, the parties stipulate to its dismissal with prejudice.

Respectfully submitted,

_____
Charles A. Lamberton, Esq.
Pa. I.D. No. 78043
cal@brackenlamberton.com
Bracken Lamberton, LLC
707 Grant Street
Gulf Tower, Suite 1705
Pittsburgh, PA  15219
412-258-2250
www.brackenlamberton.com
Counsel for Plaintiff

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
*s/ Estelle K. McGrath*
ESTELLE K. McGRATH, ESQUIRE
PA ID #87799
Counsel for Defendant, Output Sales Corporation
Union Trust Building
501 Grant Street, Suite 700
Pittsburgh, PA 15219
ekmcgrath@mdwcg.com

## CERTIFICATE OF SERVICE

    I, Charles A. Lamberton, counsel for Plaintiff, certify that a true and correct copy of this paper has been served on counsel of record for the Defendant via the Court's ECF/CM system.

s/ Charles A. Lamberton
November 19, 2021